IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

No. 2:15-CR-00004-F1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| STEPHEN DANIELS | ) | |
| | ) | |

This matter is before the court *sua sponte*. It has come to the court's attention that the order entered at docket entry 43 in this case contained an erroneous date. Accordingly, the order at docket entry 43 is VACATED and the following substituted in its place:

Having reviewed the Government's Consent Motion to Set Arraignment and Trial [DE-42], the Court concludes that the motion should be ALLOWED.

The Court further finds that any period of delay resulting from this continuance, beginning from the effective date of the mandate of the Fourth Circuit ruling, be excluded from the speedy trial clock pursuant to 18 U.S.C. § 3161(7)(A), as the ends of justice served by the granting of the continuance of the arraignment and trial outweigh the best interests of the public and the defendant in a speedy trial. The additional time will give the parties sufficient opportunity to negotiate a potential resolution of the case, and if negotiations are not successful, to prepare for trial in light of the unusual and complex nature of the prosecution, taking into account the exercise of due diligence by both sides.

Wherefore, the arraignment and trial date shall be set for this Court's April 24, 2017 term of Court.

SO ORDERED.

This the 7th day of September, 2016.

_____
JAMES C. FOX
Senior United States District Judge