IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

No. 2:15-CR-00004-F1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| STEPHEN DANIELS ) | |

This matter is before the court *sua sponte*, for the purpose of setting pretrial deadlines in this case. Arraignment and trial in this matter is scheduled for the court's April 24, 2017 term of court. All pretrial motions, including motions to compel discovery, motions to suppress, and motions under Rule 7, 8, 12, 13, 14, 16, and 41, Fed. R. Civ. P., shall be filed no later than **February 27, 2017**. Responses thereto shall be filed no later than **March 13, 2017**.

SO ORDERED.

This the 8th day of September, 2016.

JAMES C. FOX
Senior United States District Judge