IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

No. 2:15-CR-4-BO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| STEPHEN DANIELS ) | |

Upon motion of the United States, it is hereby ORDERED that Docket Entry Number 58 and its accompanying Order in the above-captioned case be sealed by the Clerk.

It is FURTHER ORDERED that the Clerk provide copies of the filed sealed documents to the United States Attorney.

This the _4_ day of _August_, 2017.

HONORABLE TERRENCE W. BOYLE
United States District Court Judge