UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

No. 2:15-CR-4-1-BO

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER |
| STEPHEN DANIELS | |

This matter comes before the Court on Defendant's Motion to Amend/Correct Judgment under Rule 35(a) of the Federal Rules of Criminal Procedure. For good cause shown, the Motion is hereby GRANTED, and it is ORDERED that the judgment in this case be amended and corrected to state the following: "Defendant is permitted to work as a commercial fisherman during the period of home confinement."

SO ORDERED.

This the 17 day of August, 2017.

*Terrence Boyle*
Honorable Terrence W. Boyle
United States District Judge