UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Stephen Daniels  Docket No. 2:15-CR-4-1BO

### Petition for Action on Probation

COMES NOW Lakesha H. Wright, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Stephen Daniels, who, upon an earlier plea of guilty to Lacey Act Trafficking Violation, in violation of 16 U.S.C. § 3372(a)(1), 16 U.S.C. § 3373(d)(1)(B), 50 C.F.R. § 697.7(b)(1), (2), and (4); was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on August 4, 2017, to 5 years probation under the conditions adopted by the court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

In order to effectively supervise the additional standard condition of supervision imposing six months of home confinement, we are respectfully requesting that this term be served as a period of home detention. Additionally, we respectfully request that the defendant be authorized to be away from his residence overnight, solely for purposes of employment, as he is a commercial fisherman.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall abide by all conditions and terms of the home detention program for a period not to exceed 6 months. The defendant shall be restricted to his residence at all times except for pre-approved and scheduled absences for employment (to include overnight fishing trips), education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities as approved by the probation officer.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/Dwayne K. Benfield<br>Dwayne K. Benfield<br>Supervising U.S. Probation Officer | /s/Lakesha H. Wright<br>Lakesha H. Wright<br>U.S. Probation Officer<br>306 East Main Street, Room 306<br>Elizabeth City, NC 27909<br>Phone: (252) 335-5508<br>Executed On: August 23, 2017 |

Stephen Daniels
Docket No. 2:15-CR-4-1BO
Petition For Action
Page 2

**ORDER OF THE COURT**

Considered and ordered this __30__ day of __August__, 2017, and ordered filed and made a part of the records in the above case.

_/s/ Terrence Boyle_
Terrence W. Boyle
U.S. District Judge