UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Stephen Daniels**  Docket No. 2:15-CR-4-1BO

### Petition for Action on Probation

COMES NOW Lakesha H. Wright, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Stephen Daniels, who, upon an earlier plea of guilty to Lacey Act Trafficking Violation, in violation of 16 U.S.C. § 3372(a)(1), 16 U.S.C. § 3373(d)(1)(B), and 50 C.F.R. Parts 697.7(b)(1), (2), and (4), was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on August 4, 2017, to 5 years probation under the conditions adopted by the court.

As noted in the original Judgment, the defendant was ordered to abide by conditions of the home confinement program without electronic monitoring for a period not to exceed 6 months. On August 22, 2017, upon defense counsel's motion, the Judgment was amended to include that Daniels is permitted to work as a commercial fisherman during the term of home confinement.

On August 23, 2017, in an effort to accommodate Daniels' employment as a commercial fisherman, a Petition for Action was submitted to the court recommending that the home confinement condition be modified to home detention and that the defendant be restricted to his residence at all times except for preapproved and scheduled absences, including overnight fishing trips. The court concurred with the recommendation.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On October 2, 2017, the defendant submitted to an instant urine screen which tested positive for cocaine. The national laboratory confirmed the result on October 7, 2017. Although Daniels vehemently denied using cocaine, he signed a Waiver of Hearing agreeing to have his probation modified to include 2 days incarceration and participation in the DROPS program and substance abuse treatment, if recommended.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 2 days, as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

2. While under supervision in the Eastern District of NC, the defendant shall participate in the DROPS Program and, in response to the detected illegal drug use, shall be confined in the custody of the Bureau of Prisons for a period not to exceed 30 days intermittent confinement, as arranged by the probation office, in the following increments: First Use – Two Days; Second Use – Five Days; Third Use – Ten Days. The defendant shall begin at the Second Use level.

3. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Stephen Daniels
Docket No. 2:15-CR-4-1BO
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                                I declare under penalty of perjury that the foregoing
                                                      is true and correct.

/s/ Dwayne K. Benfield                                /s/ Lakesha H. Wright
Dwayne K. Benfield                                    Lakesha H. Wright
Supervising U.S. Probation Officer                    U.S. Probation Officer
                                                      306 East Main Street, Room 306
                                                      Elizabeth City, NC 27909-7909
                                                      Phone: 252-335-5508
                                                      Executed On: October 16, 2017

## ORDER OF THE COURT

Considered and ordered this ___17___ day of ___October___, 2017, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge