IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:15CR00004-001BO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| STEPHEN DANIELS, | )   ORDER TO UNSEAL |
| | ) |
| Defendant, | ) |
| | ) |
| v. | ) |
| | ) |
| NYLIFE SECURITIES, LLC, | ) |
| | ) |
| Garnishee. | ) |

Upon motion of the United States, it is hereby ORDERED that the government's Application for Writ of Garnishment [DE #75] and the Writ of Garnishment issued as its result along with the Instructions to Criminal Defendant, Clerk's Notice of Post-Judgment Garnishment, Right to Have Exemptions Designated, Objection to Answer, and Request for Hearing [DE #84] in the above-captioned case be unsealed.

This the __31__ day of __January__, 2018.

_Terrence Boyle_
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE