IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:15CR00004-001BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| STEPHEN DANIELS, | ) | |
| | ) | |
| Defendant, | ) | **ORDER IN GARNISHMENT** |
| | ) | |
| v. | ) | |
| | ) | |
| FIRST NATIONAL BANK, | ) | |
| | ) | |
| Garnishee. | ) | |

A Writ of Garnishment, directed to Garnishee, has been duly issued and served upon Garnishee. Pursuant to the Writ of Garnishment, Garnishee filed an Answer of the Garnishee on October 23, 2017.

Defendant has been notified of his right to a hearing and has not requested a hearing to determine exempt property.

IT IS ORDERED that Garnishee pay funds in the amount of $6,596.50, as indicated in the Answer of Garnishee, to Plaintiff. All payments due to Plaintiff under this Order of Garnishment shall continue until the debt to Plaintiff is paid in full or until Garnishee no longer has custody, possession or control of any property belonging to Defendant or until further Order of this Court.

Checks should be made payable to: **U. S. District Court**

and mailed to:  U.S. District Court
P.O. Box 25670
Raleigh, NC 27611

In order to ensure that payments are credited properly, please include Court Number 2:15CR00004-001BO on each check.

SO ORDERED, this the 13 day of Feb, 2018.

TERRENCE W. BOYLE
United States District Judge