IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:15CR00004-001BO

UNITED STATES OF AMERICA,           )
                                    )
                    Plaintiff,      )
        v.                          )
                                    )
STEPHEN DANIELS,                    )
                                    )
                    Defendant,      )   **ORDER IN GARNISHMENT**
                                    )
        v.                          )
                                    )
NYLIFE SECURITIES, LLC,             )
                                    )
                    Garnishee.      )

A Writ of Garnishment, directed to Garnishee, has been duly issued and served upon Garnishee. Pursuant to the Writ of Garnishment, Garnishee filed an Answer of the Garnishee on January 30, 2018. [D.E. 90].

Defendant has been notified of his right to a hearing and has not requested a hearing to determine exempt property.

IT IS ORDERED that Garnishee pay all funds from account ending in 2175, as indicated in the Answer of Garnishee, to Plaintiff. All payments due to Plaintiff under this Order of Garnishment shall continue until the debt to Plaintiff is paid in full or until Garnishee no longer has custody, possession, or control of any property belonging to Defendant or until further Order of this Court.

Checks should be made payable to: **U. S. District Court**

and mailed to:  U.S. District Court
P.O. Box 25670
Raleigh, NC 27611

In order to ensure that payments are credited properly, please include Court Number 2:15CR00004-001BO on each check.

SO ORDERED, this the ___ day of March, 2018.

_Terrence W. Boyle_
TERRENCE W. BOYLE
United States District Court Judge